LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

ROBERT A. NAEVE, SBN 106095
CHRISTOPHER D. HODSON, SBN 246461
JOHN P. MIGLIARINI, SBN 266920
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:12-cv-00061-JAM-GGH |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE and ORDER THEREON** |
| TARGET CORP. dba TARGET #1098, | |
| Defendants. | |

1  IT IS HEREBY JOINTLY REQUESTED by plaintiff Robert Dodson ("Dodson") and defendant Target Corporation ("Target") that this Court enter a dismissal with prejudice of Dodson's complaint in the above-entitled action in its entirety, including all claims for relief that have or could have been asserted by Dodson against Target, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: May 30, 2012     DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff ROBERT DODSON

Dated: May 30, 2012     JONES DAY

*/s/ John P. Migliarini*
JOHN P. MIGLIARINI
Attorney for Defendant TARGET CORPORATION

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00061-JAM-GGH, including all claims for relief that have been or could have been asserted by plaintiff against defendant Target Corporation, is hereby dismissed with prejudice.

Dated: May 30, 2012

/s/ John A. Mendez
United States District Court Judge