1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone:  (530) 895-3252
   Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  ROBERT A. NAEVE, SBN 106095
   CHRISTOPHER D. HODSON, SBN 246461
7  JOHN P. MIGLIARINI, SBN 266920
   JONES DAY
8  3161 Michelson Drive, Suite 800
   Irvine, CA 92612
9  Telephone: (949) 851-3939
   Facsimile: (949) 553-7539
10
   Attorneys for Defendant
11 Target Corporation

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15 | ROBERT DODSON,               | Case No. 2:12-cv-00061-JAM-GGH |
16 |    Plaintiff,                |                                |
17 | v.                           | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE and ORDER THEREON** |
18 | TARGET CORP. dba TARGET #1098, |                              |
19 |    Defendants.               |                                |
20 | _____/|                              |

IT IS HEREBY JOINTLY REQUESTED by plaintiff Robert Dodson ("Dodson") and defendant Target Corporation ("Target") that this Court enter a dismissal with prejudice of Dodson's complaint in the above-entitled action in its entirety, including all claims for relief that have or could have been asserted by Dodson against Target, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: May 30, 2012                    DISABLED ADVOCACY GROUP, APLC

                                       */s/  Lynn Hubbard*
                                       LYNN HUBBARD III
                                       Attorney for Plaintiff ROBERT DODSON

Dated: May 30, 2012                    JONES DAY

                                       */s/  John P. Migliarini*
                                       JOHN P. MIGLIARINI
                                       Attorney for Defendant TARGET
                                       CORPORATION

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00061-JAM-GGH, including all claims for relief that have been or could have been asserted by plaintiff against defendant Target Corporation, is hereby dismissed with prejudice.

Dated: May 30, 2012

                                       /s/ John A. Mendez
                                       United States District Court Judge